Ex. 2 – Fully Redacted to File Under Seal