Ex. 3 – Fully Redacted to File Under Seal