Ex. 4 – Fully Redacted to File Under Seal