Ex. 5 – Fully Redacted to File Under Seal