| | |
|---|---|
| **From:** | Blake Glatstein |
| **To:** | Dennis Roossien; Brandon Stendara; Miller, Brie |
| **Cc:** | Emily Chou; Mary Taylor Stanberry |
| **Subject:** | Meet and Confer - Motion for Leave / Motion to Expedite |
| **Date:** | Thursday, March 19, 2026 8:34:21 PM |
| **Attachments:** | image001.png |

Hi Dennis,

Bay Point plans to file a motion for leave to amend its complaint and add new causes of action based on new facts discovered during deposition testimony and recently produced discovery.  Bay Point will add at least two causes of action seeking (1) a declaratory judgment that Bay Point is the first lienholder of the Debtor's property because the conveyance of the deed of trust to InterBank was void to Bay Point since it was filed without statutory authorization, and (2) damages for InterBank's violation of the Texas Fraudulent Lien Statute.  Bay Point may add a third claim for fraud based on the promise and use of the condemnation proceeds given testimony related to Bay Point's pecuniary loss from that conduct that was not available earlier in the case.  Does InterBank oppose Bay Point's motion for leave to amend its complaint?

I also think it makes sense to have the motion for leave heard on Monday before the summary judgment deadline since we already have a hearing set to hear the motion to compel and for continuance if the Court will allow the motions to compel and for leave to be heard together.  Therefore, Bay Point intends to file a motion to expedite to have the motion for leave to be heard at the same time on Monday at 10:30 am.  Does InterBank oppose Bay Point's request to expedite to have its motion for leave to be heard on Monday?

If you would prefer to discuss the above items, I am happy to discuss either or both items with you tomorrow anytime between 10:30 and 11:45 am, between 1:30 and 3:30 pm, or after 4:30 pm.

Best regards,
Blake



**Blake Glatstein**
2200 Ross Avenue, Suite 4200W
Dallas, Texas 75201
(469) 391-0969(D) | (214) 733-1450 (M)
blake.glatstein@vkhh.com
https://vkhh.com