**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 25-31249-mvl11 |
| ENNIS I-45 11 ACRE, LLC, | § | |
| | § | |
| Debtor. | § | (Chapter 11) |
| | § | |
| | § | |
| BAY POINT CAPITAL PARTNERS II, LP, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Adversary No. 3:25-ap-03063-mvl |
| | § | |
| INTERBANK and REAL ESTATE | § | |
| HOLDINGS, LLC, | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING PLAINTIFF'S SECOND MOTION FOR ENTRY OF AN ORDER
(I) AUTHORIZING THE PLAINTIFF TO FILE UNDER SEAL INFORMATION
THAT DEFENDANTS MARKED AS CONFIDENTIAL
AND (II) GRANTING RELATED RELIEF**

1

Upon the motion dated March 22, 2026 (the "Motion")[1] of Bay Point Capital Partners II, L.P. ("Bay Point" or "Plaintiff") for entry of an order pursuant to sections 7015 and 7016 of the Bankruptcy Rules granting Bay Point leave to file to untimely file its Second Amended Complaint; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §1334; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion; and this Court having held a hearing to consider the relief requested in the Motion; and all objections, if any, to the Motion having been withdrawn, resolved, or overruled; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT**

1. Bay Point is authorized to file its Second Amended Complaint pursuant to Bankruptcy Rules 7015 and 7016.

2. Notwithstanding the provisions of Bankruptcy Rule 6004(h), this Order shall be immediately effective and enforceable upon its entry.

3. Bay Point is authorized to take all actions necessary or appropriate to carry out the relief granted in this Order.

---

[1] Capitalized terms not otherwise defined in this order shall have the same meaning given to them in the Motion.

4.     This Court retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

# # # END OF ORDER # # #